# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 3:06-cr-103-HDM-VPC-2 |
| Plaintiff | **Order** |
| v. | |
| Barry Brymer, | |
| Defendant | |

Defendant Brymer moves for an order for early termination of supervised release. As of now, he has about six months left of a five-year sentence. The probation department does not oppose the early termination request, and the government did not respond before the deadline to do so. Therefore, the Court grants the motion.

IT IS SO ORDERED.

Dated: May 6, 2019

Howard D. McKibben
Senior U.S. District Judge